**Opinion issued September 19, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-11-00919-CV

_____

**OGE, LLC, Appellant**

**V.**

**MATRIX PETROLEUM, LLC, ENDURING STBU, LLC, JP MORGAN CHASE BANK, N.A., DAVID DICKSON, ELIZABETH HOWELL, JUDY THOMAS, ALPAKA OIL & GAS, LLC, ALBERY E. BUTLER, KAY BUTLER BARNES, KIMBERLY SCHULTZ, ANTHONY M. BUTLER, BRET E. BUTLER, CHRISTY BUTLER OLIVERAS, PAULA KAY MOIX, PAKALOU, LLC, AND DEBORAH FULGHAM, TRUSTEE OF THE LINDSAY LOUISE BUTLER TRUST, Appellees**

---

On Appeal from the Probate Court No. 1
Harris County, Texas
Trial Court Case No. 365607401

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.